373 A.2d 1119
Commonwealth v. Carlson, Appellant.

Argued March 14, 1977. Samuel K. Gates, for appellant; Daniel R. Kehm, Assistant District Attorney, and Donald L. Reihart, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

373 A.2d 1119
Commonwealth v. Collins, Appellant.

Submitted November 8, 1976. Lawrence L. Davis, for appellant; Ralph F. Kraft, Assistant District Attorney, and D. Gerard Long, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.